Pete CEFALU v. UNITED STATES. (Circuit Court of Appeals, Fifth Circuit. October 10, 1923.) No. 4074. In Error to the District Court of the United States for the Northern District of Georgia; William I. Grubb, Judge. W. Paul Carpenter, of Atlanta, Ga., for plaintiff in error. C. P. Goree, Asst. U. S. Atty., of Atlanta, Ga. Before WALKER and BRYAN, Circuit Judges.

PER CURIAM. The judgment of the District Court is affirmed.